ACCEPTED
04-14-00821-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/10/2015 4:12:23 PM
KEITH HOTTLE
CLERK

CAUSE NO.  04-14-00821-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/10/2015 4:12:23 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

## CITY OF CARRIZO SPRINGS AND ADRIAN DELEON, INDIVIDUALLY AND AS MAYOR OF THE CITY OF CARRIZO SPRINGS,

*Appellants*

v.

## ISABEL CUMPIAN, BILL MARTIN AND ALFREDO Z. PADILLA, INDIVIDUALLY AND ON BEHALF OF THE CARRIZO SPRINGS HOUSING AUTHORITY

*Appellees.*

On appeal from Cause 14-09-12375-DCV AJA
In the 365rd Judicial District Court
Of Dimmit County, Texas

## APPELLANTS' ADVISORY TO THE COURT

TO THE HONORABLE CLERK AND JUSTICES OF THE FOURTH COURT OF APPEALS:

COMES NOW APPELLANTS, CITY OF CARRIZO SPRINGS AND ADRIAN DELEON, INDIVIDUALLY AND AS MAYOR OF THE CITY OF CARRIZO SPRINGS, TEXAS, by and through their undersigned counsel of

record and, in accordance with the Texas Rules of Appellate Procedure, files this, their Advisory to the Court. For cause of action, Appellants would show unto the Court the following:

**I.**

On January 26, 2015, the Court granted the Parties' Motion to Abate and directed the Appellants to file a status report on or before February 10, 2015. Consistent with that Order, Appellants report that the Parties retained the Honorable Rene Diaz as mediator and conducted a full-day mediation on February 6, 2015. The Parties entered into a preliminary written agreement voluntarily compromising all pending trial court and appellate claims by and between all Parties of record.

Because the City of Carrizo Springs and the Carrizo Springs Housing Authority are governmental entities, final approval of the written mediation agreement must be obtained from the City Council and Board of Commissioners, respectively. The attorneys of record anticipate presenting the written agreements to the Council and Commission for formal approval within fourteen (14) days. The attorneys of record will also request that the trial court dissolve all pending restraining orders and injunctions as agreed.

As such, Appellants, with the agreement of Appellees, respectfully request that the Court extend its Order of Abatement for an additional twenty-one (21)

days so that the Parties can obtain final approval of the mediated settlement agreement. This request is submitted, not for undue delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, APPELLANTS, CITY OF CARRIZO SPRINGS AND ADRIAN DELEON, INDIVIDUALLY AND AS MAYOR OF THE CITY OF CARRIZO respectfully pray that the Court take notice of their Advisory to the Court and grant them further relief, either at law or in equity, to which they may be justly entitled.

Respectfully submitted,

SÁNCHEZ & WILSON, P.L.L.C.
MARK ANTHONY SÁNCHEZ, ESQ.
ALBERT ESCOBEDO TOVAR, ESQ.
115 East Travis, 19th Floor
San Antonio, Texas 78205
(210) 222-8899
(210) 222-9526 (Telecopier)

By: /s/ Mark Anthony Sánchez
    MARK ANTHONY SÁNCHEZ, ESQ.
    TEXAS BAR NO. 00795857
    ALBERT ESCOBEDO TOVAR, ESQ.
    TEXAS BAR NO. 24013648

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that he conferred with counsel for Appellees, Mr. Robert "Bobby" Maldonado, Esq., who is unopposed to Appellants' Advisory to the Court.

/s/ Mark Anthony Sánchez
MARK ANTHONY SÁNCHEZ, ESQ.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Appellants' Advisory to the Court has been delivered *via* E-File Notification, on this the 10th day of February 2015, to Jose Garza, Esq., Texas Rio Grande Legal Aid, 1111 North Main Avenue, San Antonio, Texas 78212-4713; Roberto Maldonado, Esq., Bobby Maldonado, P.C., 924 McCullough Avenue, San Antonio, Texas 78215-1642; and *via* hand delivery to Honorable Rene Diaz, The Diaz Law Firm, PLLC, 115 East Travis, Suite 333, San Antonio, Texas 78205.

/s/ Mark Anthony Sánchez
MARK ANTHONY SÁNCHEZ, ESQ.